AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Susan Fairchild Telephone: (313) 226-9577
Agent: Steven W. Young Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Brenda Dilma CHAVEZ-MARTIN

Case No. 26-mj-30471

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 6, 2026 in the county of St. Clair in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Steven W. Young, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 10, 2026

[signature: Elizabeth A. Stafford]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

I, Steven W. Young, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since January 08, 2007. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Brenda Dilma CHAVEZ-MARTIN, which attests the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Brenda Dilma CHAVEZ-MARTIN is a twenty-nine-year-old native and citizen of Guatemala, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about August 11, 2014, CHAVEZ-MARTIN was encountered by U.S. Border Patrol agents at or near Hidalgo, Texas. CHAVEZ-MARTIN was served a Notice to Appear. CHAVEZ-MARTIN filed for relief from removal on this date.

5. On or about December 6, 2016, CHAVEZ-MARTIN's claim for asylum was denied by the Board of Immigration Appeals and she was ordered removed by an Immigration Judge in Detroit, Michigan.

6. On or about February 2, 2017, CHAVEZ-MARTIN filed for an appeal to her order of removal.

7. On or about May 10, 2017, CHAVEZ-MARTIN's appeal was dismissed by the Board of Immigration Appeals.

8. On or about August 11, 2017, CHAVEZ-MARTIN was removed from the United States to Guatemala via Miami, Florida.

9. On August 6, 2026, CHAVEZ-MARTIN was encountered by United States Border Patrol Agents while assisting a Saint Clair County Sheriff's Deputy during a traffic stop. CHAVEZ-MARTIN was a passenger in the vehicle. While reviewing

records during this event, the agents discovered that CHAVEZ-MARTIN was a citizen and national of Guatemala currently in the United States illegally, after having been previously removed from the United States. Border Patrol Agents then placed CHAVEZ-MARTIN under arrest and transferred her to the Marysville, Border Patrol Station where her previous order of removal was reinstated.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the alien file (A# xxx xxx 984) for CHAVEZ-MARTIN, and queries in U.S. Border Patrol computer databases confirm no record exists of CHAVEZ-MARTIN obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following her last departure on August 11, 2017.

12. Based on the above information, there is probable cause to conclude that Brenda Dilma CHAVEZ-MARTIN, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_Complainant's signature_

Steven W. Young, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Elizabeth A. Stafford

Honorable Elizabeth A. Stafford
United States Magistrate Judge